1056

[No. 73912-3-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-00254-0, Mariane C. Spearman, J., entered July 24, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 73913-1-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BINH THAI TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02692-3, Joseph P. Wilson, J., entered July 30, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Mann, JJ.

[No. 73945-0-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN EUGENE HUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05440-4, Mariane C. Spearman, J., entered August 21, 2015. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Mann, J., concurred in by Cox and Dwyer, JJ.

[No. 73952-2-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BIJAN KHORRAMI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05458-7, Carol A. Schapira, J., entered September 4, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Mann, JJ.